United States District Court
Eastern District of North Carolina
Western Division

Case No. 5:16-CT-3223

(To be filled out by Clerk's Office only)

**FILED**

SEP 01 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

NATHANIEL GOODSON

Inmate Number 87285

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

COLUMBUS CO. SHERIFF'S DEPT.
SHERIFF LEWIS HATCHER
DET. KEVIN NORRIS
DET. FOWLER

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT

(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (federal defendants)

## II. PLAINTIFF INFORMATION

NATHANIEL GOODSON
Name

87285
Prisoner ID #

COLUMBUS COUNTY DETENTION CENTER
Place of Detention

PO BOX 280, 805 WASHINGTON STREET
Institutional Address

WHITEVILLE          NORTH CAROLINA          28472
City                State                    Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☒ Pretrial detainee    ☒ State    ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **COLUMBUS CO. SHERIFF'S DEPT.**
Name

**COUNTY SHERIFF OFFICE**
Current Job Title

**805 WASHINGTON STREET**
Current Work Address

**WHITEVILLE**     **NC**     **28472**
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☒ Official ☐ Both

Defendant 2: **SHERIFF LEWIS HATCHER**
Name

**COUNTY SHERIFF**
Current Job Title

**805 WASHINGTON STREET**
Current Work Address

**WHITEVILLE**     **NC**     **28472**
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3: KEVIN NORRIS
Name

DETECTIVE; Columbus Co. Sheriff's dept.
Current Job Title

805 WASHINGTON STREET
Current Work Address

WHITEVILLE　　　NC　　　28472
City　　　State　　　Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 4: DETECTIVE; FOWLER
Name

DETECTIVE; Columbus Co. Sheriff's dept.
Current Job Title

805 WASHINGTON STREET
Current Work Address

WHITEVILLE　　　NC　　　28472
City　　　State　　　Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: THE DRIVEWAY OF JOHNNY RAY HIGGINS HOME AND PROPERTY.

Date(s) of occurrence: JULY 7 2016 ARREST, JULY 13 SENT TO PRISON FOR MEDICAL PROBLEMS.

State which of your federal constitutional or federal statutory rights have been violated:

USE OF FORCE, LAWS OF DETAINMENT, LAWS OF MIRANDA HEALTH CARE OF DETAINEE'S, SEARCH AND SIESURE, ARREST LAWS.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

THE COUNTY SHERIFF; LEWIS HATCHER IS RESPONSABLE FOR ALLOWING SUCH ACTIVITY AND CONDUCT WHICH RESULTS IN THE VIOLATION OF CONSTITUTIONAL RIGHTS.

Det. Norris

Det. Fowler

Issuing false charges, unlawful arrest, unlawful detainment.

Unlawful use of force, use of force above and beyond. Unlawful cause of injury physical and mental.

The denial of medication, which is life threating.

**What happened to you?**

I WAS PULLED FROM THE CAR AND THROWN TO THE GROUND. THE OFFICER STOMPED ON MY HAND AND BUSTED IT OPEN AND STOMPED ME IN MY BACK WHICH CAUSED GREAT PAIN. I HAVE HAD OPEN HEART SURGERY AND THIS CAUSED ME TO HAVE SEVERE PROBLEMS FROM THE WAY I WAS TREATED. WHEN AT THE DETENTION CENTER I HAD MEDICAL PROBLEMS AND WAS SENT TO CRAVEN Co. PRISON FOR TREATMENT. THE DETENTION CENTER REFUSED TO GIVE ME MY MEDICATION. THEY SAID IT COST TOO MUCH. THIS MEDICATION IS LIFE PRESERVING FOR ME TO HELP AGAINST ANOTHER HEART ATTACK.

**When did it happen to you?**

DURING A TRAFFIC STOP INVOLVING MY NEPHEW JOHNNY RAY HIGGINS ON July 7 2016. AT THE DRIVEWAY OF MR. HIGGINS HOME. I TOLD THE OFFICER DET. FOWLER I HAD, HAD OPEN HEART SURGERY AND HE STILL THREW ME TO THE GROUND IN THE GRAVEL OF THE DRIVEWAY.

**Where did it happen to you?**

THE HOME AND PROPERTY OF JOHNNY RAY HIGGINS, Columbus Co. detention center. I was WORKING FOR MY NEPHEW TO ATTEND TO HIS ANIMALS (DOG'S) IN ORDER TO MAKE SOME MONEY AS AFTER MY SURGERY I could not work a Regular Job. THIS IS ALSO WHERE MR. HIGGINS KEPT THE DRUGS AND I WAS UN-aware of the situation.

**What was your injury?**

This case is very unique, after my nephew Johnny Ray Higgins was taken into federal custody and away from Columbus Co. detention, the sheriff's dept. has served me with indictments for drugs and drug charges. These actions and drugs belong to my nephew and I was unaware of him having them or being involved in such activity. The only reason I was at his home was to feed and care for his animals (dogs). This was light duty work in order for me to make a little money as I can't work a regular job after my surgery. On the indictments is an address that is not mine, they were sent to that address and returned. There is a total of 8 indictments which the Col. Co. sheriff's dept. have tried to serve and charge me with since the Federal Agents took over the case and removed Mr. Higgins from the detention center. The detention center has taken my money $414.00 for something I don't understand. My hand was busted open, I now have back pain and my chest continues to bother me and I can't get the medical attention I need. I feel like I am being held and prosecuted for Johnny's actions. I am really concerned about my health.

I have been wrongfully detained, arrested, and charged for crimes I didn't commit, and suffer mentally and physically from such actions.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes   ☐ No
   If no, explain why not:

Is the grievance process completed?   ☒ Yes   ☐ No
   If no, explain why not:
   I don't know, I have never heard back from them. They have taken my money for "drug taxes" and now they say they are holding me for child support. I have never had to pay support in my life.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Punitive damages, pain and suffering, cruel and unusual punishment, wrongful imprisonment, wrongful detainment and defimation of character.

I ask the court to award $2,500,000.00 for such treatment.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☒ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Rev. 10/2015 Prisoner Complaint

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

Aug 29, 2016
Dated

Nathaniel Hodson (signature)
Plaintiff's Signature

NATHANIEL GOODSON
Printed Name

87285
Prison Identification #

PO Box 280      WHITEVILLE      NC      28472
Prison Address     City      State     Zip Code

Case 5:16-ct-03223-FL Document 1 Filed 09/01/16 Page 10 of 10